# Ex Parte Wiley.

D. A. BAKER for Petitioner.

W. C. FITTS Attoney General, *contra.*

This was original petition for a writ of *Habeas Corpus.*
The application was denied.
Opinion by McCLELLAN, J.

---

# Warren & Co. v. Wilcox & Co. *et al.*

APPEAL from Conecuh Chancery Court.

Heard before Hon. JERE N. WILLIAMS.

J. F. JONES & JNO GAMBLE, for appellants.

FARNHAM & CRUM and P. D. BOWLES, *contra.*

This was a bill filed by appellants against the appel-
lees, seeking to have a certain conveyance declared
fraudulent and void as against creditors of the grantor.
From a decree dismissing their bill, complainants ap-
pealed. Affirmed.
Opinion by McCLELLAN, J.